
RECEIVED
IN MONROE, LA
MAR 0 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 98-30010-22 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BRANDON CARYELL FLINTROY | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

On January 17, 2006, the Court held a hearing on a petition for revocation of Defendant's supervised release. Defendant admitted to committing the technical violation of failing to report to the United States Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.

The Court determined that Defendant committed a Grade C violation of his supervised release. Under the United States Sentencing Guidelines, the suggested range of imprisonment for this violation is 7-13 months. However, in lieu of incarceration, the Court ordered Defendant to report to the City of Faith Community Correctional Center ("City of Faith") in Monroe, Louisiana, for a period of six (6) months, as soon as Defendant could be designated by the Bureau of Prisons. Until his designation, Defendant was ordered to remain in the custody of the United States Marshal's Service.

While at the City of Faith, Defendant was ordered to participate in an outpatient treatment program for alcohol and substance abuse and anger management.

It was the intent of the Court that the Bureau of Prisons designate Defendant for placement at the City of Faith as soon as possible after the January 17, 2006 hearing.

Monroe, Louisiana, this \_\_\_\_3\_\_\_\_ day of \_\_\_March\_\_\_, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE