IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 98-30010-22 |
| VERSUS | * | JUDGE JAMES |
| BRANDON CARYELL FLINTROY | * | MAGISTRATE JUDGE HAYES |

### ORDER

The government shall file a reply brief to the defendant's motion to vacate, set aside, or correct sentence under § 2255 (Doc. #1247) – erroneously entitled "motion for modification of supervised release under 18 U.S.C. § 3565(a)(1)" – within thirty days of the date of this order.

THUS DONE AND SIGNED at Monroe, Louisiana, this 5th day of December, 2007.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE